UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 12-267 |
| JASON LONG | SECTION: "C"(5) |

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendant to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that that Jason Long's Second Motion for Out-of-Time Appeal and Appointment of Counsel pursuant to 28 U.S.C. §2255 is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 9th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE